**MEMO ENDORSED**

**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

Direct Dial (973) 315-4526

February 14, 2006

**VIA FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/06
```

Re:   *In re Rivastigmine Patent Litigation*
O5   MDL No. 1661 (HB, JF)

Dear Judge Francis:

We write on consent of all parties to request that the Court modify the briefing schedule concerning outstanding privilege issues as follows:

Defendants' joint response to plaintiffs' collective submissions in support of their claims of privilege would be submitted on February 22, 2006 (a one week extension from the present February 15, 2006 deadline).

Plaintiffs' reply concerning these privilege issues would be due on March 8, 2006.

The need for the extension arises in part because Defendants have requested, and Plaintiffs have agreed to provide, by February 15, 2006, a list of documents over which Plaintiffs previously claimed privilege, but which have now been produced. This list of documents will be keyed by bates number and the "privileged document number" from Plaintiffs' privilege log. This information will be useful for both the parties and the Court in streamlining the process for adjudicating outstanding privilege issues.

While the parties have agreed to this schedule, we note that plaintiffs have reserved the right to seek additional time beyond March 8 to submit their reply, subject to Your Honor's approval. Defendants, likewise, have reserved the right to argue that no additional time (beyond the agreed two weeks) should be needed by plaintiffs for submission of their reply.

**BUDD LARNER**
A PROFESSIONAL CORPORATION

The Honorable James C. Francis IV
February 14, 2006
Page 2

Therefore, we respectfully request that the Court approve the agreed briefing schedule.

Respectfully submitted,

Maurice N. Ross

585206

Enc.

cc: Diego Scambia, Esq.
James K. Stronski, Esq.
Derek Sarafa, Esq.

2/15/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ