# MEMO ENDORSED

## FITZPATRICK, CELLA, HARPER & SCINTO
### 30 ROCKEFELLER PLAZA
### NEW YORK, NY 10112-3800
### 212-218-2100
FACSIMILE (212) 218-2200
WWW.FITZPATRICKCELLA.COM

**WASHINGTON OFFICE**
1800 K STREET, N.W.
WASHINGTON, D.C. 20006-1110
(202) 530-1010
FACSIMILE (202) 530-1055

DIEGO SCAMBIA
DIRECT DIAL (212) 218-2202
E-MAIL dscambia@fchs.com

**CALIFORNIA OFFICE**
650 TOWN CENTER DRIVE, SUITE 1600
COSTA MESA, CALIFORNIA 92626-7130
(714) 540-8700
FACSIMILE (714) 540-9823

March 20, 2006

### VIA FACSIMILE

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/20/06

Re: *In re Rivastigmine Patent Litigation,*
Civil Action No. 1:05-md-1661 (HB)(JCF)

Dear Judge Francis:

We write to request a two-day extension to submit plaintiffs' privilege reply papers, from Wednesday, March 22 to Friday, March 24. We have conferred with defendants' counsel and have been advised that defendants consent to this extension.

By agreement between the parties, and with the Court's approval, plaintiffs' reply papers were provisionally to be filed on March 8, with all parties reserving the right to seek or oppose additional time once defendants served and plaintiffs studied defendants' papers. Defendants subsequently served their 41-page, single spaced letter brief, supported by approximately one box of supporting documentation. Thereafter, plaintiffs requested and defendants consented to plaintiffs' reply papers being due on March 22, and the Court granted plaintiffs' request.

Plaintiffs are in the process of completing their reply papers, and will shortly assemble and prepare the papers for submission. To accomplish this, plaintiffs will need an additional two days, until March 24, to complete the necessary work.

Honorable James C. Francis IV
March 20, 2006
Page 2

    Accordingly, plaintiffs respectfully request the Court's approval to submit their privilege reply papers by March 24, which defendants consent to. Plaintiffs also respectfully request that the Court consider this request, and render a decision, on an expedited basis.

                Respectfully submitted,

                Diego Scambia
                (DS 0296)

cc: Derek J. Sarafa, Esq. (via facsimile)
   Maurice N. Ross, Esq. (via facsimile)
   James Stronski, Esq. (via facsimile)

3/20/06

Application granted.
SO ORDERED.

James C. Francis IV
USMJ