IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Rivastigmine Patent Litigation | ) | 1:05-MD-1661 (HB)(JCF) |
| | ) | |
| This document relates to: | ) Case Nos. | 05-cv-7820-HB |
| | ) | 05-cv-2234-HB |
| All Actions | ) | 05-cv-2235-HB |
| | ) | 04-cv-6045-HB |
| | ) | |

### STIPULATION AND ORDER

WHEREAS, the Court entered an Order on November 27, 2006 concerning the schedule for the remaining pretrial proceedings in this litigation which required the parties to confer and submit a schedule to the Court once an Anchor Date is established; and

WHEREAS, the Court has established that the Anchor Date is December 15, 2006; and

WHEREAS, as discussed during the October 30, 2006 Court teleconference, the parties will consider further, and confer, as to which court(s) should resolve any claim construction issues, decide dispositive motions, and try the cases. The parties will thereafter, but prior to 34 weeks after the Anchor Date (August 10, 2007), advise the Court of their views on these issues.

WHEREAS, plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd., and Proterra AG (collectively, "Plaintiffs"), and defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. ("Watson") and Sun Pharmaceutical Industries, Ltd. ("Sun") (collectively "Defendants"), have conferred on an amended schedule to govern the remaining pretrial proceedings in this litigation;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and Defendants that the following schedule shall govern the remainder of the proceedings in this Court.

| **MILESTONE** | **DATE** |
|---|---|
| Final ruling by Court on privilege issues, or final production of documents by Plaintiffs in response to said ruling by the Court (whichever is later) | Anchor Date (December 15, 2006) |
| Service of Contention Interrogatories | 2 weeks after Anchor Date (December 29, 2006) |
| Completion of Fact Discovery related to production of any documents previously withheld as privileged | 8 weeks after Anchor Date (February 9, 2007) |
| Service of Responses to Contention Interrogatories | 10 weeks after Anchor Date (February 23, 2007) |
| Identification of opening experts on which parties will rely for opening expert reports | 11 weeks after Anchor Date (March 2, 2007) |
| Submission of opening expert reports | 14 weeks after Anchor Date (March 23, 2007) |
| Production / identification of expert documents relating to opening expert reports | 15 weeks after Anchor Date (March 30, 2007) |
| Submission of rebuttal expert reports | 20 weeks after Anchor Date (May 4, 2007) |
| Production / identification of expert documents relating to rebuttal expert reports | 21 weeks after Anchor Date (May 11, 2007) |
| Submission of reply expert reports | 23 weeks after Anchor Date (May 25, 2007) |
| Production / identification of expert documents relating to reply expert reports | 24 weeks after Anchor Date (June 1, 2007) |

| **MILESTONE** | **DATE** |
|---|---|
| Expert depositions | Start 25 weeks after Anchor Date through about 32 weeks after Anchor Date (June 8, 2007 – July 27, 2007) |
| Close of expert discovery | 32 weeks after Anchor Date (July 27, 2007) |
| Simultaneous exchange of list of proposed meanings of claim terms requiring construction | 34 weeks after Anchor Date (August 10, 2007) |
| Simultaneous Submission of Opening briefs concerning claim construction | 38 weeks after Anchor Date (September 7, 2007) |
| Simultaneous Submission of Response briefs concerning claim construction | 42 weeks after Anchor Date (October 5, 2007) |
| Submission of dispositive motions | 46 weeks after Anchor Date (November 2, 2007) |
| Submission of responsive dispositive motion papers | 50 weeks after Anchor Date (November 30, 2007) |
| Submission of reply dispositive motion papers | 52 weeks after Anchor Date (December 14, 2007) |

WINSTON & STRAWN, LLP

By: _____
James F. Hurst (JH 8020)
Derek J. Sarafa (DS 8084)
Ivan M. Poullaos (IP 7962)
35 West Wacker Dr.
Chicago, IL 60606
(312) 558-5600
Attorneys for Sun Pharmaceutical Industries, Ltd.

FROMMER LAWRENCE & HAUG, LLP

By: _____
Barry S. White (BW 8332)
James K. Stronski (JS 4883)
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
Attorneys for Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.

FITZPATRICK, CELLA, HARPER & SCINTO

By: _____
Robert L. Baechtold (RB 6866)
Nicholas N. Kallas (NK 1084)
Diego Scambia (DS 0296)
Gregory B. Sephton (GS 6416)
10 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100
Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation,
Novartis AG, Novartis Pharma AG,
Novartis International Pharmaceutical Ltd.,
and Proterra AG

SO ORDERED
This 28th day of December, 2006:

_James C. Francis IV_
USMJ